Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−16657−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori K Valentine
   52 Indian Trail Road
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−7120

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 1, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 12 − 11
Order Granting Notice of Request for Loss Mitigation(Related Doc # 11). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/1/2019. (ml)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 1, 2019
JAN: ml

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lori K Valentine  
    Debtor

Case No. 19-16657-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 01, 2019  
                          Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm         +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 02 2019 01:25:01  
         Bayview Loan Servicing,   4425 Ponce de Leon Blvd. 5th floor,   Miami, FL 33146-1837  
                                                                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:  
        Andrew Thomas Archer    on behalf of Debtor Lori K Valentine aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                          TOTAL: 4