UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALDMAN & KAPLAN, P.A.
By: Farha Ahmed, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 844-899-4162
Facsimile: 844-882-4703
Attorneys for Secured Creditor: Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B

In Re:

Lori K Valentine

Case No.: 19-16657-ABA

Chapter: Chapter 13

Judge: Andrew B. Altenburg Jr

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 174 Nassau Street, Suite 313
Princeton, NJ 08542

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 06/20/2019

Signature

new.8/1/15