UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bayview Loan Servicing, LLC

In Re:

Lori Valentine,

Debtor.

Case No.:   19-16657-ABA

Chapter:   13

Hearing Date:   8/14/2019

Judge:   Altenburg

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 17)

_____

Date: 8/12/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*