Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on September 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In Re: | : Bankruptcy Division<br>: United States Bankruptcy Court<br>: District of New Jersey<br>: Bankruptcy No. 19-16657 (ABA)<br>:<br>: Chapter 13<br>: |
| Lori K. Valentine,<br><br>Debtor (s). | :<br>:<br>: Hearing Date: September 3, 2019,<br>:                             10:00AM |

# ORDER GRANTING MOTION TO ENGAGE IN LOSS MITIGATION AFTER THE TIME PRESCRIBED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 3, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

AND NOW, _____ 2019, upon consideration of the Debtor's Motion to Engage in Loss Mitigation After the Time Prescribed, and after further notice as directed by this Court, and a hearing having been held, it is hereby ORDERED as follows:

1. Debtor shall be permitted to engage in loss mitigation after the time prescribed.

2. Contact persons must be designated by all parties within 14 days from the entry of this order.

3. Requests for information, if any, must be submitted to the opposing party, and counsel, within 14 days from the entry of this order.

4. Responses to requests for information must be provided to the party and counsel making the request, within 21 days from receipt of the request.

5. Within 60 days from the entry of this order, the debtor must file with the court and serve upon all interested parties the Local Form, Loss Mitigation Status Report.

6. The Loss Mitigation process shall terminate on __12/2/19__ (90 days from the date of the entry of this order), unless extended as set forth in Section IX.B. of the LMP.

7. The debtor must make adequate protection payments in the amount of $648.27 to the creditor during the Loss Mitigation Period in the amount set forth in the Notice and Request for Loss Mitigation. See Sections V.A.1 and VII.B. of the LMP.

8. If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtors with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtors fail to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.

9. Within 14 days of termination of the loss mitigation period, the debtor must file with the court and serve all interested parties, the Local Form, Loss Mitigation Final Report as set forth in Sections VI.A. 6 and VII.C.2 of the LMP.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-16657-ABA
Lori K Valentine                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1           Date Rcvd: Sep 04, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db             +Lori K Valentine,    52 Indian Trail Road,    Cape May Court House, NJ 08210-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Lori K Valentine aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Farha  Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB Owner Trustee of the
               Residential Credit Opportunities Trust V-B farha@dwaldmanlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7