UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on October 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lori K. Valentine,,

       Debtor(s).

Case No.:  19-16657

Chapter:  13

Judge:  ABA

**ORDER AUTHORIZING RETENTION OF**

Robert M. Anderson, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: October 18, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Robert M. Anderson, Esq.</u>
as <u>Special Counsel</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>Escandon, Fernicola, Anderson,</u>
   <u>301 Main Street, 2nd Floor, Ste. 3</u>
   <u>Allenhurst, NJ 07711</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*