UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter:                          13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                                                    Debtor's Signature

Date: _____          _____
                                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

MONEY ORDER RECEIPT - NON NEGOTIABLE

BAYVIEW

AGT 132230 LOC 000890 DT 042819 $500.00 5HUNDREDDOLLARS AND NO CENTS

* 17896558004 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

BAYVIEW

AGT 132230 LOC 000890 DT 042819 $500.00 5HUNDREDDOLLARS AND NO CENTS

* 17896558005 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

acct # 1212517   Paid 5/31/19
                              mailed

AGT 132230 LOC 000890 DT 052919 $500.00 5HUNDREDDOLLARS AND NO CENTS

* 17896558218 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 132230 LOC 000890 DT 052919 $500.00 5HUNDREDDOLLARS AND NO CENTS

* 17896558219 *

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

BAYVIEW PMT JUNE 2019
ACCT # 1212517

AGT 132230 LOC 000890 DT 070119 $500.00 5HUNDREDDOLLARS AND NO CENTS

\* 1797 8773264 \*



**MONEY ORDER RECEIPT - NON NEGOTIABLE**

BAYVIEW PMT 2019
ACCT # 1212517

AGT 132230 LOC 000890 DT 070119 $500.00 5HUNDREDDOLLARS AND NO CENTS

\* 1797 8773263 \*



**MONEY ORDER RECEIPT - NON NEGOTIABLE**

ACCT # 1212517

AGT 132230 LOC 000890 DT 073019 $500.00 5HUNDREDDOLLARS AND NO CENTS

\* 1797 8773487 \*



**MONEY ORDER RECEIPT - NON NEGOTIABLE**

ACCT # 1212517

AGT 132230 LOC 000890 DT 073019 $500.00 5HUNDREDDOLLARS AND NO CENTS

\* 1797 8773486 \*



### MONEY ORDER RECEIPT - NON NEGOTIABLE

Paying your bills should be fast and easy! With Western Union Pa
you can pay thousands of billers, including utility, credit card
and auto companies. To learn more, visit billpay.wu.com today.

AGT 115425 LOC 000000 DT 100819 $500.00 5HUNDREDDOLLARS AND
NO CENTS

Payable to: _____
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt Issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 0 2 4 1 0 1 2 9 3 \*



### MONEY ORDER RECEIPT - NON NEGOTIABLE

WT    LN # 9160039492    P.O. BOX 7001
                        TROY, MI 48007-7001

There's a better way to send cash!
Download the Western Union app and click pay in cash!

AGT 115425 LOC 000000 DT 100819 $148.27 1HUNDRED48DOLLARS AN
D 27CENTS

Payable to: _____
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt Issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 0 2 4 1 0 1 2 9 4 \*



### MONEY ORDER RECEIPT - NON NEGOTIABLE

WILMINGTON TRUST            LN # 9160039492
P.O. BOX 7001
TROY, MI 48007-7001

AGT 132230 LOC 000890 DT 091319 $148.25 1HUNDRED48DOLLARS AND
25CENTS

Payable to: _____
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt Issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 7 6 8 4 1 7 9 0 3 1 \*



### MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 132230 LOC 000890 DT 091319 $500.00 5HUNDREDDOLLARS AND
NO CENTS

Payable to: _____
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt Issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 7 6 8 4 1 7 9 0 3 0 \*