Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  19−16657−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori K Valentine
   52 Indian Trail Road
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−7120

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     4/9/20
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 4/16/2019 to 3/9/2020

COMMISSION OR FEES
Fees $2,637.50

EXPENSES
40.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 9, 2020
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                              Case No. 19-16657-ABA
Lori K Valentine                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Mar 09, 2020
                              Form ID: 137             Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
```
db             +Lori K Valentine,    52 Indian Trail Road,    Cape May Court House, NJ 08210-2609
aty            +KML Law Group P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
aty            +Robert M Anderson,    Escandon, Fernicola, Anderson,    301 Main Street,   2nd Floor, Suite 3,
                 Allenhurst, NJ 07711-1017
cr             +Wilmington Savings Fund Society FSB Owner Trustee,    c/o Waldman and Kaplan PA,
                 174 Nassau Street,    Ste. 313,   Princeton, NJ 08542-7005
518188095      +Bayview Loan Servicing, LLC,,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518158357      +Cape May Courthouse,    643 Washington St,    Cape May, NJ 08204-2324
518158358      +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518158359      +FCI Lender Services, Inc.,    PO Box 27370,    Anaheim, CA 92809-0112
518158361      +Mattleman, Weinroth & Miller, PC,    401 Route 70 E, Ste 100,    Cherry Hill, NJ 08034-2410
518158362     ++NATIONWIDE RECOVERY SERVICE,    540 W INMAN ST,    CLEVELAND TN 37311-1767
               (address filed with court:   Nationwide Recovery Service,    Attn: Bankruptcy,    Po Box 8005,
                 Cleveland, TN 37320)
518257614      +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
                 3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518291464       E-mail/Text: ally@ebn.phinsolutions.com Mar 10 2020 00:32:32     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518158355      +E-mail/Text: ally@ebn.phinsolutions.com Mar 10 2020 00:32:32     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
518158356      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2020 00:35:24
                 Bayview Loan Servicing,   4425 Ponce de Leon Boulevard, 5th Floor,    Miami, FL 33146-1873
518291714      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2020 00:35:24
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518309942       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 10 2020 00:33:57     Department of the Treasury -,
                 Internal Revenue Service,   P.O. Box 7346,   Philadelphia PA 19101-7346
518158362       E-mail/Text: paula.tilley@nrsagency.com Mar 10 2020 00:33:29     Nationwide Recovery Service,
                 Attn: Bankruptcy,   Po Box 8005,   Cleveland, TN 37320
518158363      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 10 2020 00:32:13
                 Verizon Wireless,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Bayview Loan Servicing,   4425 Ponce de Leon Blvd. 5th floor,    Miami, FL 33146-1873
518158360*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   PO Box 21126,    Philadelphia, PA 19114)
518414071*      IRS,   PO BOA 7346,   PHILADELPHIA PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                Page 2 of 2              Date Rcvd: Mar 09, 2020
                                  Form ID: 137               Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Lori K Valentine aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Farha  Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB Owner Trustee of the
               Residential Credit Opportunities Trust V-B farha@dwaldmanlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```