Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19−16657−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori K Valentine
   52 Indian Trail Road
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−7120

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/16/24 at 09:00 AM

to consider and act upon the following:

*103* − Certification in Opposition to (related document:102 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 01/19/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Andrew Thomas Archer on behalf of Lori K Valentine. (Archer, Andrew)

Dated: 1/18/24

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court