Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−16657−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lori K Valentine
    52 Indian Trail Road
    Cape May Court House, NJ 08210

Social Security No.:
    xxx−xx−7120

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 16, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lori K Valentine  
    Debtor

Case No. 19-16657-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 16, 2024      Form ID: cscnodsc      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori K Valentine, 52 Indian Trail Road, Cape May Court House, NJ 08210-2609 |
| aty | + | Robert M Anderson, Escandon, Fernicola, Anderson, 301 Main Street, 2nd Floor, Suite 3, Allenhurst, NJ 07711-1017 |
| cr | + | Wilmington Savings Fund Society FSB Owner Trustee, c/o Waldman and Kaplan PA, 174 Nassau Street, Ste. 313, Princeton, NJ 08542-7005 |
| 518188095 | + | Bayview Loan Servicing, LLC,, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518158357 | + | Cape May Courthouse, 643 Washington St, Cape May, NJ 08204-2324 |
| 518158361 | + | Mattleman, Weinroth & Miller, PC, 401 Route 70 E, Ste 100, Cherry Hill, NJ 08034-2410 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 16 2024 20:30:29 | KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2024 20:31:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | ^ | MEBN | Sep 16 2024 20:30:49 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave. Suite 160, Garden City, NY 11530-1631 |
| 518291464 | | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2024 20:31:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519277832 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 16 2024 20:45:51 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518158355 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 16 2024 20:31:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518158356 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 16 2024 20:31:00 | Bayview Loan Servicing, 4425 Ponce de Leon Boulevard, 5th Floor, Miami, FL 33146-1837 |
| 518291714 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 16 2024 20:31:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 518309942 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2024 20:32:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 518158358 | + | Email/Text: bankruptcydepartment@tsico.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Sep 16 2024 20:32:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 518158359 | + | Email/Text: LMitchell@myfci.com | Sep 16 2024 20:32:00 | FCI Lender Services, Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 519807953 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 20:44:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519807954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 20:45:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518158362 |  | Email/Text: paula.tilley@nrsagency.com | Sep 16 2024 20:31:00 | Nationwide Recovery Service, Attn: Bankruptcy, Po Box 8005, Cleveland, TN 37320 |
| 519046224 | ^ | MEBN | Sep 16 2024 20:30:18 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association, as 95501-0305 |
| 519046223 | ^ | MEBN | Sep 16 2024 20:30:17 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518158363 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 16 2024 20:31:00 | Verizon Wireless, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 518257614 | ^ | MEBN | Sep 16 2024 20:31:07 | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Bayview Loan Servicing, 4425 Ponce de Leon Blvd. 5th floor, Miami, FL 33146-1837 |
| 518158360 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 518414071 | * | IRS, PO BOA 7346, PHILADELPHIA PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2024                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 16, 2024 | Form ID: cscnodsc | Total Noticed: 26 |

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew Thomas Archer
    on behalf of Debtor Lori K Valentine aarcher@spillerarcherlaw.com
    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com

Farha Ahmed
    on behalf of Creditor Wilmington Savings Fund Society FSB Owner Trustee of the Residential Credit Opportunities Trust V-B
    farha@dwaldmanlaw.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for the Igloo
    Series IV Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,
    bkgroup@kmllawgroup.com

Regina Cohen
    on behalf of Creditor Ally Capital rcohen@lavin-law.com mmalone@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10